**Order entered May 7, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01235-CR
### No. 05-13-01237-CR

**JOHN CLOUD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F93-61603-N and F93-60604-N**

## ORDER

Before the Court is appellant's May 2, 2014 "Motion to Lift Abatement [and] Notice of New Address." In the motion, appellant asserts he has had "erratic" mail delivery and requests copies of all orders, motions, and "other" filed in this appeal since January 23, 2014.

We note that appellant's new address is reflected in our case management system. We GRANT appellant's motion to lift abatement to the extent that we DIRECT the Clerk of the Court to send appellant copies of the Court's orders of March 17, 2014, March 18, 2014, the memorandum opinion of March 26, 2014, and the order of April 24, 2014. We DENY as moot appellant's motion to abate.

/s/    LANA MYERS
JUSTICE